| | |
|---|---|
| 1 | GARY OWEN CARIS (SBN 088918) |
|  | gcaris@mckennalong.com |
| 2 | LESLEY ANNE HAWES (SBN 117101) |
|  | lhawes@mckennalong.com |
| 3 | ANGELA E. FONES (SBN 245204) |
|  | afones@mckennalong.com |
| 4 | McKENNA LONG & ALDRIDGE LLP |
|  | 444 South Flower Street, 8th Floor |
| 5 | Los Angeles, CA 90071-2901 |
|  | Telephone:  (213) 688-1000 |
| 6 | Facsimile:   (213) 243-6330 |

Attorneys for Plaintiff
**ROBB EVANS** as Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., | CASE NO. CV06-30 ABC (VBKx) |
| | **JUDGMENT AGAINST DEFENDANT TOMIJO STOEWSAND, AN INDIVIDUAL AFTER DEFAULT** |
| Plaintiff, | |
| v. | **[F.R.C.P., Rules 54(b) and 55(b)(2)]** |
| DELBERT E. CRANE; AUBRIE J. CRANE; CASSANDRA L. CRANE; CHAD CRANE; WHITNEY M. CRANE; COURTNEY R. CRANE; CARMEN CRANE; MICHAEL CRANE; et al., | DATE:    October 20, 2008 |
| | TIME:    10:00 a.m. |
| | PLACE:  Courtroom 680 |
| Defendants. | |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

[PROPOSED] JUDGMENT AGAINST DEFENDANT STOEWSAND - CASE NO. CV06-30 ABC (VBKx)

LA:17303700.2

1  By submission of the attorneys of record for Plaintiff Robb Evans, as Receiver over the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., Plaintiff's Application for Entry of Separate Default Judgment Against Defendant Tomijo Stoewsand ("Default Judgment Application") came on regularly for hearing on October 20, 2008 at 10:00 a.m. before the Honorable Audrey B. Collins, United States District Judge presiding in Courtroom 680 of the above-referenced Court. The defendant Tomijo Stoewsand having been regularly served with process, and having failed to appear and answer the Plaintiff's complaint filed herein on January 3, 2006, and the default of said defendant having been duly entered and evidence having been considered by the Court, and the Court having reviewed and considered the Default Judgment Application and all pleadings and papers filed in support, including all admissible evidence filed in support therof, and no opposition to the Default Judgment Application having been filed, and good cause appearing for entry of judgment against the defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., shall have judgment against defendant Tomijo Stoewsand ("Stoewsand") in the principal amount of $62,519.00, together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit and through October 21, 2008, in the amount of $7,624.12 for a total judgment in the amount of $70,143.12 pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

1 **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment entered against Stoewsand herein and any other judgments entered heretofore or hereafter in this action against any other defendants are several as to each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there is no just reason for delay in entry of this final judgment against Stoewsand, and the Court expressly directs the entry of this separate judgment against Stoewsand pursuant to F.R. Civ. P. 54 notwithstanding whether this action remains pending against other defendants; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter this judgment forthwith while this action remains pending against other defendants.

DATED: October 24, 2008

*[signature]*
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE