GARY OWEN CARIS (SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
  lhawes@mckennalong.com
ANGELA E. FONES (SBN 245204)
  afones@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA  90071-2901
Telephone:  (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS, as Receiver**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>DELBERT E. CRANE; AUBRIE H. CRANE; CASSANDRA L. CRANE; WHITNEY M. CRANE; CARMEN CRANE; MICHAEL CRANE; et al.,<br><br>Defendants. | CASE NO. SACV06-30 ABC (VBKx)<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>[No Hearing Required] |

      Plaintiff ROBB EVANS as Receiver ("Receiver" or "Plaintiff") for JAMES P. LEWIS, JR., individually and doing business as FINANCIAL ADVISORY CONSULTANTS, INCOME FUND, LTD. and GROWTH FUND, LTD. ("Lewis Entities"), through its attorneys of record, McKenna Long & Aldridge LLP, and Defendants Philip Shupe, Sally Shupe and Podiatry Institutes of America having signed a written Stipulation for Entry of Judgment, and said Stipulation having been filed herein, and good cause appearing for the immediate

entry of a separate judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure, the Court orders the following judgment pursuant to said Stipulation:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans, as Receiver over the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., is awarded a joint and several judgment against Defendants Philip Shupe, Sally Shupe and Podiatry Institutes of America in the amount of $130,000.00, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid in full at the rate provided by such statute.

Dated:   11/20/08

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE